**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH CURTIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OPTION ONE MORTGAGE CORP.,<br>A suspended California corporation, and<br>DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | NO. 1:09-CV-01982-AWI-GSA<br><br>ORDER VACATING<br>JANUARY 19, 2010 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

　　　Defendants' motion to dismiss has been set for hearing in this case on January 19, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 19, 2010, is VACATED, and the parties shall not appear at that time. As of January 19, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:　January 13, 2010**　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE