JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendant SAND CANYON CORPORATION
f/k/a OPTION ONE MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| DEBORAH CURTIS, an individual, | CASE NO.   1:09-CV-01982-AWI-SMS |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO CHANGE HEARING DATE ON SAND CANYON CORPORATION F/K/A OPTION ONE MORTGAGE CORPORATION'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| OPTION ONE MORTGAGE CORP., a suspended California corporation, and DOES 1 through 50, inclusive, | Current Hearing Date:  September 13, 2010<br>Stipulated Hearing Date:  June 28, 2010 |
| Defendants. | Time:        1:30 p.m.<br>Ctrm:        2<br>Judge:       Hon. Anthony W. Ishii |

THE COURT having read the Stipulation to Change Hearing Date on Sand Canyon Corporation f/k/a Option One Mortgage Corporation's Motion to Dismiss Plaintiff's First Amended Complaint, and good cause appearing therefore,

//

//

IT IS HEREBY ORDERED:

The hearing on defendant Option One's Motion to Dismiss the First Amended Complaint (previously noticed for September 13, 2010) is deemed re-noticed and shall be heard on June 28, 2010, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   June 3, 2010**                              **/s/ Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE